UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW MOORE,

        Plaintiff,

vs.

        Case No. 13-cv-13600
        HON. GERSHWIN A. DRAIN

BRANDI HAMPTON, *et al.*,

        Defendants.

_____/

### ORDER DENYING MOTION TO CORRECT OPINION [#16]

On November 17, 2014, this Court issued an Amended Order summarily dismissing Plaintiff's Complaint. *See* Dkt. Nos. 14, 15. The Court issued the Amended Order to correct the previous Order's misstatement of fact concerning the paternity of Telesha Monroe. *Id.* Plaintiff's current motion complains that the Court again incorrectly stated a factual matter in its Amended Order summarily dismissing Plaintiff's Complaint. *See* Dkt. No. 16. Specifically, Plaintiff argues that he was never married to Ms. Monroe's mother. Despite the records provided by Plaintiff to support his contention that he was never married to Ms. Monroe's mother, the Court relied on records submitted in the Complaint in reaching this conclusion in its Amended Order. *See* Dkt. No. 1 at 61.

In any event, correction of this purported factual error will not result in a different

disposition of this case. The doctrine of *Heck v. Humphrey*, 512 U.S. 477 (1994) bars the claims raised by Plaintiff because ruling on his claims would necessarily invalidate his conviction and sentence for first degree criminal sexual conduct outside of the proper channels for challenging a criminal conviction and sentence. *Id.* at 486-87.

Accordingly, based on the foregoing Plaintiff's Motion to Correct Opinion [#16] is DENIED.

SO ORDERED.

Dated: February 6, 2015               s/ Gershwin  A Drain
                                      GERSHWIN A. DRAIN
                                      UNITED STATES DISTRICT JUDGE